UNITED STATES, Plaintiff–Appellee,

v.

NATIONAL SEMICONDUCTOR CORPORATION, Defendant–Appellant.

No. 2008–1195.

United States Court of Appeals, Federal Circuit.

July 29, 2008.

**ORDER**

Upon consideration of Appellant's motion for reinstatement of the appeal, ("Motion"), and all other papers before the Court, it is hereby

ORDERED that Appellant's Motion is hereby granted; it is further

ORDERED that Appellant's appeal is reinstated; it is further

ORDERED that the mandate is recalled and the default order is vacated; it is further

**ORDERED** that the Court hereby accepts the filing of the parties' joint appendix;

**SO ORDERED.**